OPINION — AG — **** BOARD OF EDUCATION — ACCREDITATION **** SECTION 3-104(10) AFFECTS THAT RULES, REGULATIONS AND POLICIES OF THE STATE BOARD OF EDUCATION IN THAT THE STATE BOARD OF EDUCATION MAY NO LONGER WITHDRAW OR WITHHOLD ACCREDITATION TO LOCAL SCHOOLS EXCLUSIVELY BY REASON OF THEIR FAILURE TO MEET MINIMUM AVERAGE DALILY ATTENDANCE STANDARDS. CITE: 70 O.S. 1978 Supp. 3-104 [70-3-104] (10), 70 O.S. 1961 2A-4 [70-2A-4](10) (JOHN F. PERCIVAL)